# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 2, 2020

## NO. 03-19-00683-CV

**Grand Parkline, LLC; H Mart Companies Incorporated;
H Mart Austin LLC; and IYK Texas Corporation, Appellants**

**v.**

**Mama Fu's Lakeline, LLC, Appellee**

### APPEAL FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES BAKER AND KELLY
### AFFIRMED IN PART; REVERSED AND RENDERED IN PART –
### OPINION BY JUSTICE BAKER

This is an appeal from the interlocutory order signed by the trial court on September 8, 2019. Having reviewed the record and the parties' arguments, the Court holds that there was no error requiring reversal in that portion of the order denying appellants' TCPA motion. Therefore the Court affirms the portion of the trial court's interlocutory order denying appellants' TCPA motion. However, the Court further holds that there was reversible error in that portion of the court's order awarding appellee its attorney's fees and costs. Therefore, the Court reverses the portion of the trial court's interlocutory order awarding appellee its attorneys' fees and costs and renders judgment that appellee shall take nothing. Each party shall pay the costs of appeal incurred by that party, both in this Court and in the court below.